# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

ORLANDO Division

| | |
|---|---|
| Hurtado, Jose A. | ) Case No. _____ |
| | ) *(to be filled in by the Clerk's Office)* |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) Jury Trial: *(check one)* ☐ Yes ☑ No |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| -v- | ) |
| | ) |
| | ) |
| Radixx International | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names.)* | |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.     The Parties to This Complaint

#### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Hurtado, Jose A. |
| Street Address | 1655 Morgans Mill Circle |
| City and County | Orlando, Orange |
| State and Zip Code | Florida 32825 |
| Telephone Number | |
| E-mail Address | hurtadotony@hotmail.com |

#### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

    Name — Radixx International

    Job or Title *(if known)* — Corporation

    Street Address — 20 N Orange Ave

    City and County — Orlando Orange

    State and Zip Code — Florida 32801

    Telephone Number — (407) 856-9009

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Radixx International |
| Street Address | 20 N Orange Ave |
| City and County | Orlando Orange |
| State and Zip Code | Florida 32801 |
| Telephone Number | (407) 856-9009 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☑ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☑ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

Multiple times between 2016 and 2018

C. I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☑ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race _____
- ☑ color _____
- ☐ gender/sex _____
- ☐ religion
- ☑ national origin _____
- ☑ age *(year of birth)*   1962   *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

_____

E. The facts of my case are as follows. Attach additional pages if needed.

For the sake of filing deadline, my concerns that the Court Clerk office might close any time (like many other places): Please, refer to the EEOC's case related documents I have included.
If my application is accepted by the court, then, will be able to provide more information including a list of 10+ witnesses. Based on a series of events that occurred during the processing of my EEOC case, I have strong doubts on the handling and decision made. Some of my case concerns are: was there any interview of any of the individual in the list provided to the agency?; the fact that the case investigator barely responded to my e-mail requests which raised more doubts about who made the case decision on December and, since I was informed recently, that the investigator was no longer with the agency.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A.  It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
11/20/2018 my recollection

B.  The Equal Employment Opportunity Commission *(check one)*:

☐  has not issued a Notice of Right to Sue letter.

☑  issued a Notice of Right to Sue letter, which I received on *(date)*  12/26/2019

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.  Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐  60 days or more have elapsed.
☐  less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$600,00.00 for years of mental anguish, emotional harm and suffering cause by since 2016.
Lost of wages, promotions, health insurance.

Please refer to answer provided in part E of section III. Statement of claim of this document.
About attached documents, those are partial samples from many more I do have available.

---

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        03/17/2020

Signature of Plaintiff

Printed Name of Plaintiff    Jose Hurtado

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

EEOC Form 161 (11/16)

## DISMISSAL AND NOTICE OF RIGHTS

To: Jose Hurtado
1655 Morgans Mill Circle
Orlando, FL 32825

From: Tampa Field Office
501 East Polk Street
Room 1000
Tampa, FL 33602

☐ On behalf of person(s) aggrieved whose identity is
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 511-2019-00626 | Esther Gutierrez, Investigator | (813) 202-7910 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*Evangeline Hawthorne*                    12/20/19

Enclosures(s)                    **Evangeline Hawthorne,**          *(Date Mailed)*
                                 **Director**

cc:
**RADIXX INTERNATIONAL**
20 N Orange Ave
Suite 150
Orlando, FL 32801

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 511-2019-00626 |

| Florida Commission On Human Relations | and EEOC |
|---|---|

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)*<br>Mr. Jose Hurtado | Home Phone<br>(321) 331-5202 | Year of Birth<br>1962 |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|
| 1655 Morgans Mill Circle, ORLANDO, FL 32825 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>RADIXX INTERNATIONAL | No. Employees, Members<br>201 – 500 | Phone No.<br>(407) 856-9009 |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|
| 20 N Orange Ave, Suite 150, ORLANDO, FL 32801 | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

**DISCRIMINATION BASED ON** *(Check appropriate box(es).)*

☐ RACE ☒ COLOR ☐ SEX ☐ RELIGION ☒ NATIONAL ORIGIN

☒ RETALIATION ☒ AGE ☐ DISABILITY ☐ GENETIC INFORMATION

☐ OTHER *(Specify)*

**DATE(S) DISCRIMINATION TOOK PLACE**

Earliest **10-11-2018**  Latest **10-11-2018**

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

'I started working at Radixx International on 2012 as a Software Engineer. For 6+ years, I performed my job functions satisfactorily.

However, on the morning hours of October 15, 2018 I was unjustly terminated from my position at the company. That morning, I was retaliated against, after bringing up concerns to the President & CEO (Ms. John Elieson) on being exposed to a harassing, racist and hostile work environment under my chain of command of Ms. Subha Bhaskaran (a native of India, IT Manager), Mr. Ludvik Olason (a native of Iceland, IT Manager) and various other co-workers.

For years, both IT managers, embarked in a discriminating and unfair practice in order to cause me my job. They purposely and intentionally were trying to get me fire while exhibiting preferential treatment to three (3), younger white employees. Both managers took upon themselves to create false / fake claims / situations about my work performance. They would make false claims and accusations during the yearly Performance Review meeting which I respectfully did not agree with, neither sign or attended the last few.

The IT Managers, openly promoted the advancement of three (3) younger, white individuals. Those individuals received

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br><br>**Digitally signed by Jose Hurtado on 06-09-2019 04:13 PM EDT** | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 511-2019-00626 |

| Florida Commission On Human Relations | and EEOC |
|---|---|
| State or local Agency, if any | |

preferential treatment on work assignments while I had to constantly ask for task to work on. The same individuals would also get promoted and raises while I was denied raises / promotions during the years I was under Mr. Olason and Ms. Bhaskaran chain of command.
These three individuals Valentin Carlos (a native of Puerto Rico) ,Sanchez Jiralys (a Native of Cuba) and Persson Marcus (a native of Sweden) and others team members,
actively participated in the unfair, harassing and detrimental environment towards me but none else.

I was constantly and publicly being exposed to unsupported work performance claims for the sole purpose of humiliating me or use as pretext to not give give raises or promotions. Most of the time, the team member detrimental actions occurred in the present of Mr. Olason and/or Ms. Bhaskaran; many during Scrum mornings' meeting. I expressed all my concerns to the my chain of command and Human Resources (Ms. Kathy Cadet) multiple times during the years. However, I was unsuccessful on getting any resolution from any one since my complains were usually ignored.

On October 11, 2018, the company's President and CEO (Mr. John Elieson) asked me to meet with him in his office. I spoke to Mr. Elieson about the hostile and discriminatory environment towards me from management and co-workers; as I did trough the years with Ms. Cadet. My employment was terminated out of retaliation, two (2) working days after I met with Ms. Elieson.

I was discriminated and retaliated against because I brought my concerns on the unlawful and discriminatory treatment that I was receiving at Radixx International because of my age, race / color(black) in violation of Title VII of the Civil Rights Act.

Respondent used a pretext reason of 'position elimination' to terminate me. Also, on the day of my termination, the same job position of Software Engineer, was being advertised on the company's Careers web page; with a 'Date Posted: September 4, 2018' on the page. The position was still being advertised at the time of this writing. Such page still, clearly states this: 'Date Posted: September 4, 2018' for the Software Engineer position. '

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br><br>**Digitally signed by Jose Hurtado on 06-09-2019 04:13 PM EDT** | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

**Charge 511-2019-00626**

TRACY SMITH <TRACY.SMITH@EEOC.GOV>
Fri 2/28/2020 2:57 PM
To: hurtadotony@hotmail.com <hurtadotony@hotmail.com>

1 attachments (303 KB)
Attorney Referral List Brochure Feb 26 2019.doc;

Good afternoon Mr. Hurtado,

My name is Dr. Tracy Smith and I am an Enforcement Supervisor with the EEOC Tampa Field Office.

I am responding to your email inquiring about potential attorneys that "may take your case;" as you referenced in your email to Investigator Esther Gutierrez (who unfortunately is no longer with the Commission). Per your request please find the attached current attorney referral list for this area.

Additionally your attorney would need to assist you with the contact information for the U.S. District Court appropriate for your filing as unfortunately I do not have that information. We as Enforcement never deal with any filings directly that is something our legal department does which is a separate entity from Enforcement. Again, any attorney you contact to assist you with your case would have that information readily available for you.

I hope this has been helpful.

Sincerely,

TS

Esther Gutierrez
Equal Employment Opportunity Commission
Tampa Field Office
501 East Polk Street, Room 1000
Tampa, Florida 33602

Dear Ms. Gutierrez:

The following is a response to Radixx Solutions Internationals 's (Radixx) Statement of Position of October 10, 2019.

At the end of this document, I have included images of all 12 pages I received from the EEOC web portal as the Radixx's Statement of Position.

I do dispute all baseless claims stated by Radix and or its legal representatives, in the provided Statement of Position document. Specially those as it pertains to the claim of "Reduce In Force" (RIF).

I have added comments and inserted documents and image files.

I was hired by Radixx, as a contractor, on January of 2012.
Then I was converted to a company employee on June of 2012.

Around the end of 2015 or so, Mr. Olason Ludvik was promoted to head of the IT department. From the very beginning, Mr. Ludvik dislike for me as a person, developer , as a professional was obvious and blatant, especially in front of the other team members.

The same sentiment was later demonstrated towards me, by Ms. Subha Bhaskaran when she she was put in charge of the entire development team.

Radixx's position document includes, in pages 8/9, a "Written Warning" as their claims of my supposedly bad performances, communication issues, etc. However, those where just excuses in order to cover up the real reason(s).

> In terms of the primary factors that resulted in Hurtado's selection for the RIF was his job performance history. In terms of his job performance, he had received a disciplinary counseling on March 27, 2017 a copy of which is attached hereto as **Exhibit "B."** The subject of his counseling was job performance, improper communication to the team with which he worked and insufficient workplace attendance. As indicated in the Charge, Hurtado's performance deficiencies were also noted in his annual review but, to use Hurtado's own words, "They would make false claims and accusations during the yearly Performance Review meeting which I respectfully did not agree with, neither sign or attended the last few." The fact that Hurtado believed that it was appropriate or acceptable for him to simply not attend an annual performance review with his supervisor is indicative of the frustration his managers had in dealing with him.

Of three (3) performance reviews between 2017 and 2018, I attended two. I did not agreed to the last one since it was scheduled within thirty (30) days of the previous one. One Performance Review in May 2018 and another for June 2018, within 30 days. How many other employees had two (2) reviews within one (1) month and why?

The following are screenshots of some of the emails in a chain of events that occurred between March 07, 2017 and March 13, 2017 involving Mr Jorge Barrera (in Mexico at the time), David Folger (in Mexico at the time), Ram Shivasai, Daniels Mathew, Olason Ludvik and Mike Barrera (Jorge's brother). The same e-mail chain also shows that I had no communications issues as claimed by Raddix's management. No communication issues at all.

---

**Hurtado, Tony**

| | |
|---|---|
| From: | Hurtado, Tony |
| Sent: | Thursday, March 09, 2017 8:04 AM |
| To: | Barrera, Jorge; Shivasai, Ram |
| Cc: | Matthews, Daniel |
| Subject: | At the office in the afternoon |

GM,

I will be at the office around 1:00 pm after I drop off my wife at the airport. Running some errands in the morning.

Thank you.

---

The premise of the emails is from a last minute task that was assigned to me by Mr. David Folger and Mr. Jorge Barrera, late on the previous day, before they departed towards Mexico (prior to March 09, 2017).
That day, I received a three (3) minutes crash overview on some new code implementation, presented to me for the first time and that later resulted on having bugs, compilation and run-time issues.

---

**Hurtado, Tony**

| | |
|---|---|
| From: | Hurtado, Tony |
| Sent: | Thursday, March 09, 2017 8:12 AM |
| To: | Shivasai, Ram; Barrera, Jorge |
| Subject: | Profiles project status |

After getting the code fix of Service vs service. I am still having the same issues.

Ram, can you please pull the code and see if you are able to get the service hosted without runtime load issues?

I will be at the office around 1:00 pm for a full day of work.

Thank you.

Tony H.

---

For the next e-mail, I already had spoken and received verbal approval, to finish my day at home, from Mr. Daniel Mathews (my reporting team member in charge that day);

---

**Hurtado, Tony**

| | |
|---|---|
| **From:** | Hurtado, Tony |
| **Sent:** | Thursday, March 09, 2017 2:54 PM |
| **To:** | Barrera, Jorge; Shivasai, Ram |
| **Cc:** | Matthews, Daniel |
| **Subject:** | Have to go home |

Got call from neighbor that our dog has been barking for a long time.
There is no one home. I am leaving now but will be online soon.

Tony H.

Tony Hurtado
Software Engineer

Radixx International, Inc.

---

Later on, that e-mail, where I stated "going home because of my dog", became one of the major verbal issues presented to me by Mr. Ludvik (Ms. Cadet was present). Which by the way, I was told the meeting was for the team members to go over and discuss "the code bug incident". However, I was the only only in the meeting, out of five (5) involved co-workers. Then once I was in the room it turned out to be about the a "Written Warning" and a "Performance Review", out of nowhere.

On the "performance and other review issues" presented in the letter, that was the first time that the supposed issues were brought to my attention. Mr. Ludvik had already been in charge for 1+ year and never, never said anything to me. Mr. Ludvik never asked me to meet with him ( except for one time,for about 3 or so minutes where I practically begged him to assign me a project like all the other developers). If I was supposedly not performing, then why no one talked to me about it during the previous 4 years.

All that, while I witness Mr. Ludvik meeting, constantly, one on one (and in groups) with each and every member of the IT personnel; throughout the prior year+ and beyond. Neither Mr. Ludvik or anyone else, ever met or told me anything about any of the "issues" listed in the warning.

The following are some images and the e-mail(s) that triggered the "Written Warning" and the unexpected performance review:

---

**Hurtado, Tony**

| | |
|---|---|
| **From:** | Hurtado, Tony |
| **Sent:** | Thursday, March 09, 2017 11:52 PM |
| **To:** | Barrera, Jorge; Shivasai, Ram; Folger, David |
| **Cc:** | Bhaskaran, Subha; Hosler, Skip; Olason, Ludvik Magnus; Barrera, Michael; Matthews, Daniel |
| **Subject:** | 3 work days of getting nowhere |

To my understanding I am the only developer having issues with getting the current implementation of the Profiles microservice hosted properly (something that I wrote).
Almost every response I get , somehow can be interpreted as a polite way to say to me "it is something you might be doing wrong".

Even when getting latest code from TFS that I had nothing to do with, it is "something that I might be doing wrong".
After all, what else could it be, if it is working for everybody else except me.

Today, I deleted (multiple time), over and over all my local code under "FWK".
I got latest from TFS every possible way I am allowed to, locally forced, replaced , deleted the solution EcoSystem code.
No matter what, the results were always the same. Same thing as yesterday and the "wrong namespace".
Hour after hour trying, wondering : what is that I am doing wrong?
Especially since I was doing nothing to the pulled code.
Do I ask for assistance again?

I know I am not as smart of any of you in this e-mail.
But can someone, please, explain to me how is it possible that I am the only one having the following issues from code straight out of TFS:
(apparently something that had happened multiple times during the past year)

Screenshot #1
Code does not compile due to 2 references, each containing an IDatabase definition.
I can explicitly select one of the 2 for IDatabase, test locally and discard since changes since there is check in lock on that solution's files.

I did it explicitly anyway , locally, in two separate files in the solution (Screenshot #2).

Then I tried to compile the Profiles microservice and ran into the issue in Screenshot #3.
Something (IDal) that was fine the past few days and today no longer working (not for me).
Where does IDal resides now? I have no idea.

There is something new every day this week, so I wonder what will it be tomorrow.
And after 3 long days, I still cannot get the microservice host properly.
All because I do not know what I am doing wrong, go figure!

There is at least one good thing from this week so far: For the first time in the past year+, I have not heard any conversation next to my cubicle,
with remarks bashing or badmouthing the original Galaxy API.

Thank you

Was it me the only one having the code issues?.
It came to my knowledge that all the other developers had a video conference meeting in the afternoon, between those in Orlando and those in Mexico. Except me, no one could tell me why I was not invited to the video conference phone call. The next day, I noticed that someone uploaded the "code fixes" to the code repository and nothing was mentioned about it.

And some of the followup e-mail(s):

## Hurtado, Tony

| | |
|---|---|
| **From:** | Barrera, Michael |
| **Sent:** | Sunday, March 12, 2017 8:34 PM |
| **To:** | Hurtado, Tony |
| **Cc:** | Olason, Ludvik Magnus |
| **Subject:** | Work on Monday |

Hi Tony,

Given your email on Friday, we think it would be best for you to work on Galaxy items on Monday until Ludvik returns on Tuesday and this can be discussed. I will be out of the office on Monday as well. I have already told Subha and Elaine to reach out to you in the morning.

Thanks,

Mike Barrera
CTO/COO
Radixx International, Inc. 6310 Hazeltine National Drive, Orlando FL 32822 USA Direct:

## Hurtado, Tony

| | |
|---|---|
| **From:** | Hurtado, Tony |
| **Sent:** | Monday, March 13, 2017 10:59 AM |
| **To:** | Barrera, Michael |
| **Cc:** | Olason, Ludvik Magnus; Jorge Barrera (barrera.jorge@gmail.com); Shivasai, Ram |
| **Subject:** | RE: Work on Monday |

I am here to do a job and do it as I am asked.

I am surprised at your request to have me go back to Galaxy (even on temp basis).

Just in case, I want to let you know that in no way was my e-mail intended to point the finger at anyone.
My e-mail should not be taken as reflecting anything bad or wrong with the ConnectPoint team.; because that is not the case.
It is none of their fault of what happens to me in terms of getting my tasks done/completed.

I like working with the ConnectPoint team.
Jorge, Ram, my wife and I sat together at the Christmas party last year. Mark was at the same table as well.
At the party, I recall asking Jorge if there was room for me in the ConnectPoint team.

I also expressed to you last week that I am fine working with the team.
Now, one thing is how I feel about being there, and another thing is how they might feel about it.

Thank you,

Tony Hurtado

P.S. CC'ed Jorge and Ram as well.

Some more documents:

---

## Performance Review

**Tony Hurtado**

Wed 6/20/2018 10:08 PM

To: Olason, Ludvik Magnus <lolason@radixx.com>; Kcadet@radixx.com <Kcadet@radixx.com>; Bhaskaran, Subha <sbhaskaran@radixx.com>

Bcc Maggy Santana <maggysanta@hotmail.com>; hurtadotony@hotmail.com <hurtadotony@hotmail.com>

**The following is not meant to be offensive or disrespectful to anyone.**

As of today I have had two Performance Reviews at Radixx International in a period of 3+ years,
The 2 Reviews occurred in a time span of 1 year or so, between 2017 and 218

At both Reviews, I experienced two of the most humiliating events of my professional career.
At the moment I have no reason(s) to believe that the upcoming Review will be any different than the previous two.

I hereby, respectfully notify you that I decline the invite to attend this week scheduled Performance Review.

However, I respectfully request to be provided a copy of the written version of this week scheduled review, as provided during the last two such events.

Thank you,

Jose (Tony) Hurtado

On the following claim(s) by Radixx:

> The final performance evaluation with which he declined to participate
> was conducted on January 11, 2018 approximately ten (10) months prior to his
> selection for the RIF. The evaluation indicated that improvement was needed
> in Hurtado's job performance. See **Exhibit "C."** None of the criteria used for the
> RIF were predicated upon Hurtado's national origin, color and age. Instead,
> they were based upon legitimate business criteria that were consistent with the
> overriding goal of the RIF.

*False Claim*

There was no final performance evaluation to attend on January 11, 2018.
On January 11, 2018 I was still under the Family and Medical Leave Act (FMLA), at home, from my surgery on
November 2017. I returned to work at Radixx on January 24, 2018.

However, I attended a review on May 2018 where Mr. Ludvik and Ms. Bhaskaran, in the presence of Ms. Cadet,
main concerns were:

1- That Ms. Jiralys Sanchez complained to them about me telling her that "I could tell she was being positioned
as one of the individuals to replace me". To which I asked: "What does that have to do with a my review".

2- I was interrogated about what was the "why are you so paranoid!" about, yelled and heard very loudly from
Mr. Skip Hosler.

And that:

3- My teammates were complaining about me seating in a chair 4 feet (or so, in the same room) away from the
table instead of at the table itself. Again I inquired about what was the relevance to a review.
I also asked the managers if there had been complaints about the others who do the same; I got no reply.

On the meeting of October 11, 2018, here is an e-mail note from October , 04, 2018:

---

### Request to send email to CEO

**Tony Hurtado**

Thu 10/4/2018 2:26 PM

To: Tony Hurtado <hurtadotony@hotmail.com>

Cc: Maggy Santana <maggysanta@hotmail.com>

This morning , around 9:35 am at new office ,by water fountsin, asked Mr Elison, CEO, if it was Ok for me to email him about some concerns of mine. He said it was ok.

---

A couple of weeks prior to the e-mail note, I approached Ms. Marianne Bokma (Executive Secretary) and inquire about scheduling a meeting with Mr. Elieson. She told she would check and a few days I was told to go and talk to Ms. Cadet, which I did but there was no action taken on her part. Then I decided to approach the CEO which I did on October 04, 2018.

* Typo in e-mail: "fountsin" meant to be "fountain", "Elison" meant to be "Elieson", "nor" meant to be "not"

Sincerely,

Jose Hurtado